Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

08 MAY 27 AM 11:09

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

THE REVOLUTION FMO LLC,
MARK LINDSEY, TY J. YOUNG,
           Plaintiffs.
vs

ASSET MARKETING SYSTEMS
INSURANCE SERVICES, LLC,
           Defendant.

SUMMONS IN A CIVIL ACTION.
Case No.

'08 CV 0929 W AJB

By: DEPUTY

TO: (Name and Address of Defendant)

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

LATHAM & WATKINS LLP
Daniel Scott Schecter
633 West Fifth Street, Suite 4000
Los Angeles, California 90071

    An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
(SEAL) J. PARIS

MAY 27 2008
DATE

By _____, Deputy Clerk

ORIGINAL

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)