```
 1  LATHAM & WATKINS LLP
        Daniel Scott Schecter (Cal. Bar No. 171472)
 2      Wendy P. Harper (Cal. Bar No. 223690)
    633 West Fifth Street, Suite 4000
 3  Los Angeles, California  90071-2007
    Telephone:  (213) 485-1234
 4  Facsimile:  (213) 891-8763
    Email:  daniel.schecter@lw.com;
 5          wendy.harper@lw.com

 6  LATHAM & WATKINS LLP
        Kenneth M. Fitzgerald (Cal. Bar No. 142505)
 7  600 West Broadway, Suite 1800
    San Diego, CA  92101-3375
 8  Telephone:  (619) 236-1234
    Facsimile:  (619) 696-7419
 9  Email:  kenneth.fitzgerald@lw.com

10  Attorneys for Plaintiffs
    The Revolution FMO LLC, Mark Lindsey, and Ty
11  J. Young
```

FILED
08 MAY 27 AM 11:10
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

'08 CV 0929 W AJB

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REVOLUTION FMO LLC, MARK LINDSEY, TY J. YOUNG,<br><br>Plaintiffs,<br><br>v.<br><br>ASSET MARKETING SYSTEMS INSURANCE SERVICES, LLC,<br><br>Defendant. | CASE NO.<br><br>**PLAINTIFFS' NOTICE OF PARTIES WITH FINANCIAL INTEREST**<br><br>[LOCAL CIVIL RULE 40.2] |

1  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

2  PLEASE TAKE NOTICE THAT pursuant to Local Civil Rule 40.2 and in order
3  to enable the Court to evaluate possible disqualification or recusal, the undersigned counsel of
4  record for Plaintiffs The Revolution FMO LLC ("Revolution"), Mark Lindsey, and Ty. J. Young
5  hereby represents and certifies as follows:

6      1.    Revolution's members are Mark Lindsey and Ty J. Young. Revolution
7  has no parent corporation, and no publicly held company owns any portion of Revolution; and

8      2.    No persons or entities (other than those named as parties to this action) are
9  currently known to have a direct, pecuniary interest in the outcome of this case.

10

11  Dated: May 27, 2008

Respectfully submitted,

LATHAM & WATKINS LLP
Daniel Scott Schecter
Kenneth M. Fitzgerald
Wendy P. Harper

By _____
Kenneth M. Fitzgerald
Attorneys for Plaintiffs
The Revolution FMO LLC, Mark Lindsey,
Ty J. Young