1  LATHAM & WATKINS LLP
      Daniel Scott Schecter (Cal. Bar No. 171472)
2      Wendy P. Harper (Cal. Bar No. 223690)
   355 South Grand Avenue
3  Los Angeles, California  90071-1560
   Telephone:  (213) 485-1234
4  Facsimile:  (213) 891-8763
   Email:  daniel.schecter@lw.com;
5          wendy.harper@lw.com

6  LATHAM & WATKINS LLP
      Kenneth M. Fitzgerald (Cal. Bar No. 142505)
7  600 West Broadway, Suite 1800
   San Diego, CA  92101-3375
8  Telephone:  (619) 236-1234
   Facsimile:  (619) 696-7419
9  Email:  kenneth.fitzgerald@lw.com

10 *Attorneys for Plaintiffs*
   The Revolution FMO LLC, Mark Lindsey, and Ty
11 J. Young

12
                    UNITED STATES DISTRICT COURT
13
                  SOUTHERN DISTRICT OF CALIFORNIA
14

15 | THE REVOLUTION FMO LLC, MARK LINDSEY, TY J. YOUNG, | CASE NO. 3:08-CV-00929 W AJB |
16 | Plaintiffs, | **NOTICE OF CHANGE OF ADDRESS FOR LATHAM & WATKINS LLP** |
17 | v. | |
18 | ASSET MARKETING SYSTEMS INSURANCE SERVICES, LLC, | Action Filed:  May 27, 2008<br>Trial Date:  Not yet set |
19 | | |
20 | Defendant. | |

21

22

23

24

25

26

27

28

1    **TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2              **PLEASE TAKE NOTICE** that Latham & Watkins LLP, counsel of record in this

3    case, hereby files its **NOTICE OF CHANGE OF ADDRESS** for its office in Los Angeles,

4    California, effective immediately.  The correct address is:

5              Latham & Watkins LLP
          355 South Grand Avenue
6          Los Angeles, California  90071-1560

7              **PLEASE TAKE FURTHER NOTICE THAT** email addresses and telephone

8    and fax numbers have not changed.

9

10   Dated:  June 23, 2008                    Respectfully submitted,

11                                     LATHAM & WATKINS LLP
                                    Daniel Scott Schecter
12                                   Kenneth M. Fitzgerald
                                    Wendy P. Harper

13

14                                   By  /s/ Wendy P. Harper

15                                        Wendy P. Harper
                                    Attorneys for Plaintiffs
16                                   The Revolution FMO LLC, Mark Lindsey,
                                    Ty J. Young

17

18

19

20

21

22

23

24

25

26

27

28

2                    NOTICE OF CHANGE OF ADDRESS FOR LATHAM &
                         WATKINS LLP