# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

THE REVOLUTION FMO, LLC; MARK LINDSEY, And
TY J. YOUNG,              Plaintiffs v.

Asset Marketing Systems Insurance Services, LLC,
Defendants

vs

Asset Marketing Systems Insurance Services, LLC,
Counterclaimant,
v
THE REVOLUTION FMO, LLC; MARK LINDSEY, an individual; TY J.
YOUNG, an individual; and HENRY JOHN WIENIEWITZ III, a.k.a.
TRAE WIENIEWITZ, an individual, Counter Defendants

FILED
2008 AUG 26 PM 3:09
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY KNH DEPUTY

SUMMONS IN A CIVIL ACTION

Case No. 08 CV 0929 W (AJB)

On the Counterclaim

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon
PLAINTIFF'S ATTORNEY
Phillip C. Samouris, Esq.
Higgs, Fletcher & Mack LLP
401 West A Street, Suite 2600
San Diego, CA  92101
Telephone: 619.236.1551

An answer to the complaint which is herewith served upon you, within 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
K. HAMMERLY

AUG 26 2008
DATE

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S