# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 26 PM 3:09
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KMH DEPUTY

THE REVOLUTION FMO, LLC; MARK LINDSEY, AND
TY J. YOUNG,                   Plaintiffs v.

Asset Marketing Systems Insurance Services, LLC,
Defendants

vs

Asset Marketing Systems Insurance Services, LLC,
Counterclaimant,
v
THE REVOLUTION FMO, LLC; MARK LINDSEY, an individual; TY J. YOUNG, an individual; and HENRY JOHN WIENIEWITZ III, a.k.a. TRAE WIENIEWITZ, an individual, Counter Defendants

SUMMONS IN A CIVIL ACTION

Case No. 08 CV 0929 W (AJB)

On the Counterclaim

TO: (Name and Address of Defendant)

Henry John Wieniewitz, III
c/o Wieniewitz Financial
9050 Executive Park Dr. #106A
Knoxville, TN 37923

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Phillip C. Samouris, Esq.
Higgs, Fletcher & Mack LLP
401 West A Street, Suite 2600
San Diego, CA  92101
Telephone: 619.236.1551

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
K. HAMMERLY
SEAL

AUG 26 2008
DATE

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address): | Telephone No.: 619 236-1551 | FOR COURT USE ONLY |
|---|---|---|
| Phillip C. Samouris, Esq. (SBN 163303) <br> Higgs, Fletcher & Mack LLP <br> 401 West "A" Street, Suite 2600 <br> San Diego, CA 92101 | | |
| ATTORNEY FOR (NAME): Defendant and Counterclaimant | Ref. No. or File No. <br> 100269-150 | |

Insert name of court, judicial district or branch court, if any:

United States District Court
Southern District of California
880 Front Street, Suite 4290
San Diego, CA 92101

PLAINTIFF:
THE REVOLUTION FMO, LLC; MARK LINDSEY, AND TY J. YOUNG

DEFENDANT:
ASSET MARKETING SYSTEMS INSURANCE SERVICES, LLC

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER <br> 08-CV-0929-W (AJB) |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE FOLLOWING DOCUMENT(S) OR TRUE COPIES THEREOF WITH ALL EXHIBITS:

SEE ATTACHED LIST OF DOCUMENTS SERVED

ON: Henry John Wieniewitz, III a.k.a Trae Wieniewitz, an individual
AT: 9050 Executive Park Drive, 106A
Knoxville, TN 37923

MANNER OF SERVICE: **In compliance with Federal Code of Civil Procedure.**
**Personal Service - By delivering to and leaving with the above named person a copy thereof.**

DATE AND TIME OF DELIVERY: 8/29/2008 12:15:00 PM

FEE FOR SERVICE: $175.00

Not a Registered California Process Server
County:
**Registration No.**
American Messenger Service, Inc.
2870 4th Avenue, Suite 102
San Diego, CA 92103
(619) 278-0891

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **Tuesday, September 02, 2008**

Signature: *Charles McBee* (signed)

Charles McBee

PROOF OF SERVICE                                                    173506

United States District Court
Southern District of California
he Resolution FMO LLC, Lindsey, Young v Asset Marketing Systems Insurance Services, LL
08-CV-0929-W (AJB)

173506

1. SUMMONS IN A CIVIL CASE

2. COMPLAINT FOR:

(1) COPYRIGHT INFRINGEMENT;

(2) TRADEMARK INFRINGEMENT/ FALSE DESIGNATION OF ORIGIN

(3) TRADEMARK INFRINGEMENT;

(4) DEFAMATION;

(5) TRADE LIBEL;

(6) INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE;

(7) UNFAIR COMPETITION

3. CIVIL CASE COVER SHEET

4. ANSWER TO COMPLAINT BY DEFENDANT ASSET MARKETING SYSTEMS INSURANCE SERVICES, LLC AND COUNTERCLAIM FOR:

1) BREACH OF CONTRACT;

2) MISAPPROPRIATION OF TRADE SECRET;

3) COPYRIGHT INFRINGEMENT;

4) TRADEMARK INFRINGEMENT; AND

5) UNFAIR COMPETITION