# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVOLUTION FMO LLC; MARK LINDSEY, and TY J. YOUNG, <br><br>   Plaintiffs, <br>v. <br>ASSET MARKETING SYSTEMS INSURANCE SERVICES, LLC., et al., <br><br>   Defendants. <br>AND ALL RELATED COUNTER ACTIONS. | Civil No.08cv0929 W (AJB) <br><br> ORDER FOLLOWING SETTLEMENT STATUS CONFERENCE |

On November 21, 2008, the Court convened a Settlement Status Conference in the above entitled action. Appearing were Wendy Harper, Esq. and Preston Spears on behalf of plaintiff; Phil Samouris, Esq. and Jay Ackerstein on behalf of defendant.

The parties continue to advance settlement prospects. There have been "party to party" discussions and counsel report that this process is making progress toward a full and final settlement.

Based thereon, the Court defers setting a case schedule at this time and sets a telephonic Settlement Status Conference for *December 8, 2008 at 9:00 a.m.* Plaintiff's counsel will initiate the call at that time, and the Court and counsel will discuss the case status and set further dates and deadlines as appropriate.

IT IS SO ORDERED.

DATED: November 24, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court